IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Trustees of the Plumbers and
Pipefitters National Pension Fund, et al.

     Plaintiffs

v.                                  1:09cv967 (JCC/JFA)

Coates Construction & Engineering, Inc.

     Defendant.

## O R D E R

Upon consideration of the February 1, 2010, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge, and the proposed Order submitted by the plaintiffs is this day entered.

                                       /s/
                                   James C. Cacheris
                            United States District Judge

Alexandria, Virginia
March 1, 2010